People of the State of Illinois, Plaintiff-Appellee,
v. Valerie Novack, Defendant-Appellant.

Gen. No. 67–20. 

Third District.

June 28, 1967.

Edward C. Vogt, of Kankakee, for appellant;
Edward Drolet, State's Attorney, of Kankakee, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.